Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18–14693–ABA
        Chapter: 7
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ralph F. Gates Jr.  
1453 Meadow Woods Road  
Buffalo, SC 29321  

Laura M. Gates  
aka Laura M. Dean  
1453 Meadow Woods Road  
Buffalo, SC 29321

Social Security No.:
xxx–xx–7018          xxx–xx–9063

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 25, 2018</u>        <u>Andrew B. Altenburg Jr.</u>
                                    Judge, United States Bankruptcy Court